B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**District of New Jersey** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Integral Nuclear Associates, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|

| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
|---|---|

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**13-4162225** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
|---|---|

| Street Address of Debtor (No. and Street, City, and State):<br>**43 Leopard Road**<br>**Paoli Executive Green II, Suite 200**<br>**Paoli, PA**                    ZIP Code **19301** | Street Address of Joint Debtor (No. and Street, City, and State):                    ZIP Code |
|---|---|

| County of Residence or of the Principal Place of Business:<br>**Chester** | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address):                    ZIP Code | Mailing Address of Joint Debtor (if different from street address):                    ZIP Code |
|---|---|

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

---

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☑ Debts are primarily business debts.

---

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**                    THIS SPACE IS FOR COURT USE ONLY

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                    Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Integral Nuclear Associates, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **See Attached Rider 1** | Case Number: | Date Filed:<br>**4/15/07** |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**See Attached Rider 2** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)       (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☐    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>■    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>        _____<br>        (Name of landlord that obtained judgment)<br><br><br><br>        _____<br>        (Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10)                                                                                                          Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Integral Nuclear Associates, LLC**

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Ilana Volkov**
   Signature of Attorney for Debtor(s)

   **Ilana Volkov IV-0659**
   Printed Name of Attorney for Debtor(s)

   **Cole, Schotz, Meisel, Forman & Leonard, P.A.**
   Firm Name

   **Court Plaza North, 25 Main Street**
   **P.O. Box 800**
   **Hackensack, NJ 07602-0800**

   Address

   **201-489-3000  Fax: 201-489-1536**
   Telephone Number

   **February  3, 2011**
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Ronald J. Lissak**
   Signature of Authorized Individual

   **Ronald J. Lissak**
   Printed Name of Authorized Individual

   **Chief Executive Officer**
   Title of Authorized Individual

   **February  3, 2011**
   Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# RIDER 1

## List of Prior Bankruptcy Cases Filed Within Eight (8) Years

| Debtor | Case No. | Filing Date | Case Status |
|---|---|---|---|
| Integral Nuclear Associates, LLC | 07-15183 (NLW) | April 15, 2007 | Pending |
| Abington Nuclear Imaging, LLC | 07-15186 (NLW) | April 16, 2007 | Closed |
| Adirondack PET Associates, LLC | 07-15187 (NLW) | April 16, 2007 | Closed |
| Atwood Nuclear Imaging, LLC | 07-15188 (NLW) | April 16, 2007 | Closed |
| Chester County PET Associates, LLC | 07-15189 (NLW) | April 16, 2007 | Closed |
| Doylestown PET Associates, LLC | 07-15190 (NLW) | April 16, 2007 | Closed |
| Englewood PET Associates, LLC | 07-15191 (NLW) | April 16, 2007 | Closed |
| Forest Hills PET Associates, LLC | 07-15204 (NLW) | April 16, 2007 | Closed |
| Havertown PET Associates, LLC | 07-15196 (NLW) | April 16, 2007 | Closed |
| Imaging Technology Associates, LLC | 07-15192 (NLW) | April 16, 2007 | Closed |
| Integral Advisory Associates, LLC | 07-15194 (NLW) | April 16, 2007 | Closed |
| Integral Financial Corporation | 07-15197 (NLW) | April 16, 2007 | Closed |
| Integral Mobile PET Associates, LLC | 07-15198 (NLW) | April 16, 2007 | Closed |
| Integral Mobile PET/CT, LLC | 07-15215 (NLW) | April 16, 2007 | Closed |
| Integral PET Associates, LLC | 07-15200 (NLW) | April 16, 2007 | Closed |
| Integral PET Holdings, LLC | 07-15201 (NLW) | April 16, 2007 | Closed |
| Integral PET Holdings II, LLC | 07-15203 (NLW) | April 16, 2007 | Closed |
| ITA Holdings, LLC | 07-15202 (NLW) | April 16, 2007 | Closed |
| Limerick PET Associates, LLC | 07-15205 (NLW) | April 16, 2007 | Closed |
| Meadowbrook PET Associates, LLC | 07-15206 (NLW) | April 16, 2007 | Closed |
| Mobile PET/CT Associates, LLC | 07-15207 (NLW) | April 16, 2007 | Closed |
| Nuclear Management, Inc. f/k/a Integral PET Center, Inc. | 07-15208 (NLW) | April 16, 2007 | Closed |
| Pennsylvania PET Associates, LLC | 07-15209 (NLW) | April 16, 2007 | Closed |
| R.J. Management Associates, LLC | 07-15210 (NLW) | April 16, 2007 | Closed |
| Wyoming Valley PET Associates, LLC | 07-15213 (NLW) | April 16, 2007 | Closed |

# RIDER 2

## Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in this court for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code. The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case Integral Nuclear Associates, LLC.

1. Integral Nuclear Associates, LLC

2. Doylestown PET Associates, LLC

3. Imaging Technology Associates, LLC

4. Integral Mobile PET/CT, LLC

5. Integral PET Associates, LLC

6. Integral PET Holdings, LLC

7. Integral PET Holdings II, LLC

8. Limerick PET Associates, LLC

9. Meadowbrook PET Associates, LLC

10. Mobile PET/CT Associates, LLC

11. Nuclear Management, Inc.

12. Pennsylvania PET Associates, LLC

# United States Bankruptcy Court

## District of New Jersey

In re   **Integral Nuclear Associates, LLC**                                    ,   Case No. _____

_____ Debtor

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Lissak, Ronald J.**<br>**140 West 57th Street**<br>**Suite 11A**<br>**New York, NY 10019** | | | **100% ownership interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___ **February 3, 2011** _____    Signature  **/s/ Ronald J. Lissak** _____

**Ronald J. Lissak**
**Chief Executive Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

___0___ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
### District of New Jersey

In re    **Integral Nuclear Associates, LLC**                          Case No. _____

                                           Debtor(s)         Chapter     **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **February  3, 2011**                        **/s/ Ronald J. Lissak**

                                              **Ronald J. Lissak/Chief Executive Officer**
                                              Signer/Title

140 West 57th Street, LLC
Jeffrey Management Corp.
P.O. Box 62000
Baltimore, MD 21264-2000


A & E Construction Co.
152 Garrett Road
Upper Darby, PA 19082


Abingtown Township Treasurer
Township of Abington
1176 Old York Road
Abington, PA 19001


ADP, Inc.
504 Clinton Center Drive
Suite 4400
Clinton, MS 39056


AFCO Premium Credit Inc.
4501 College Boulevard
Suite 320
Leawood, KS 66211-2328


AGFA Finance Corporation
200 Ballardvale Street
Suite 101
Pittsburgh, PA 15251


Allen Wilen, Plan Monitor
c/o EisnerAmper LLP
2015 Lincoln Highway
Edison, NJ 08818


Anne Arundel County, Maryland
2660 Riva Road, 4th Floor
Annapolis, MD 21401


Arlene N. Gelman, Esq.
Stephanie Hor-Chen, Esq.
Vedder Price, P.C.
222 N. LaSalle, Suite 2600
Chicago, IL 60601

Astarita Associates
414 Route 111
Smithtown, NY 11787


Astarita Associates, Inc.
414 Route 111
Smithtown, NY 11787


Avaya Financial Services
P.O. Box 550599
Jacksonville, FL 32255


Avaya, Inc.
14400 Hertz Quail Spring Parkway
Oklahoma City, OK 73134


Erica Battle
7102 Loch Raven Road
Temple Hills, MD 20748


Marsha Bell
891 Anderson Road
Jackson, NJ 08527


Bio-Med Associates, Inc.
4 Main Street
Flemington, NJ 08822


Butler Cleaning Mid Atlantic
1217 McKean Road
Ambler, PA 19002


Celebrate Lombardi
Lombardi Comprehensive Cancer
P.O. Box 571404
Washington, DC 20057


Charles A. Dale III, Esq.
K&L Gates LLP
One Lincoln Street
Boston, MA 02111

Chester County Hospital
Attn: Mary Thomson
701 East Marshall Street
West Chester, PA 19380


CIT Technology Fin. Serv., Inc.
Customer Service
P.O. Box 550599
Jacksonville, FL 32255


City of Bethlehem
P.O. Box 500
Bethlehem, PA 18016-0500


Community Radiology
Attn: Ken Brown
999 Old Eagle School Road, #118
Wayne, PA 19087


Conference Call.com
P.O. Box 409573
Atlanta, GA 30384-9573


Joanne Crawford
110-39 175th Street
Jamaica, NY 11433


Data Distributing LLC
107 Dakota Avenue
Santa Cruz, CA 95060


Diagnostic Imaging Inc.
4 Neshaminy Interplex
Suite 209
Feasterville Trevose, PA 19053


Donoghue, Barrett & Singal
One Beacon Street
Suite 1320
Boston, MA 02108


Daniel Doyle
15 Janice Drive
Middletown, NY 10941

Doylestown Hospital
Attn: Sally Nixon, Accounting
595 West State Street
Doylestown, PA 18901


EisnerAmper LLP
2015 Lincoln Highway
Edison, NJ 08818


FedEx
P.O. Box 371461
Pittsburgh, PA 15250-7461


Marc A. Felice, MS, DABR
337 Price Street
West Chester, PA 19382


First Insurance Funding Corp.
450 Skokie Blvd.
Suite 1000
Northbrook, IL 60062


Patricia Fitzsimmons
3606 West Crown Avenue
Philadelphia, PA 19114


Paul Galette
1635 Pine Street
Hatfield, PA 19440


Georgetown University Hospital
Dept. of Radiology
Attn: S. Zimmet
3800 Reservoir Road NW
Washington, DC 20007


Valerie Graf
1912 Elder Avenue
Morton, PA 19070


Jane Grant
105 East Susquehanna Avenue
Towson, MD 21286

Hartford Casualty Insurance Company
Hartford Plaza
Hartford, CT 06115


Hartford Fire Insurance Company
Hartford Plaza
Hartford, CT 06115


Nicole Hatter
1965 Bristol Road
Southampton, PA 18966


HCSC Laundry
2171 28th Street South West
Allentown, PA 18103


Patrick Hinphy
69 Louis Drive
Farmingdale, NY 11735


Phyllis Hoelsworth
10 Garrison Road
Ivyland, PA 18974


Holy Redeemer Health System
Attn: Ann Marie Ehrenfeld
1602 Huntington Pike
Meadowbrook, PA 19046


Icims.com
1301 State Highway 36, Suite 102
Hazlet, NJ 07730


Independence Blue Cross
1901 Market Street, 43rd Floor
Philadelphia, PA 19103


Iron Mountain
P.O. Box 27128
New York, NY 10087-7128


Kristina Jeffries
109 Cornwell Hills Drive
Lebanon, PA 17042

Susan Jenkins
3141 Wellington Street
Philadelphia, PA 19149

JRT Associates
5 Nepperhan Avenue, Suite 2B
Elmsford, NY 10523

Elias Kaplan
18701 Sparking Water Drive
Apt. B
Germantown, MD 20874

KDI
P.O. Box 1610
Media, PA 19063-8610

Andrew Keenan, MD PA
PGHC Nuclear Medicine
3001 Hospital Drive
Hyattsville, MD 20785

Keystone Digital Imaging
P.O. Box 1610
Media, PA 19063

Meryl Kontje
1536 Kevin Place
East Meadow, NY 11554

Kornreich - NIA (Agent)
521 Fifth Avenue, 12th Floor
Attn: Kathryn Morrongiello
New York, NY 10175

Landauer, Inc.
2 Science Road
Glenwood, IL 60425-1586

Landauer, Inc.
2952 Shirley Lane
P.O. Box 680
Springtown, PA 18081

Landmark American Insurance Company
945 East Paces Ferry Road
Suite 1800
Atlanta, GA 30326-1160


Alison Lewis
212 Brown Street
Apt. 3B
Philadelphia, PA 19123


Ronald Lissak
140 West 57th Street
Suite 11A
New York, NY 10019


Logan & Company Inc.
546 Valley Road
Upper Montclair, NJ 07043


Logic Medical LLC
154 Cooper Road, Suite 603
West Berlin, NJ 08091


Melanie Lutz
381 W. Ridge Pike
Apt. B
Limerick, PA 19468


Donna Lydon
11008 Calera Road
Philadelphia, PA 19154


Lynn Medical
50120 Pontiac Trail
P.O. Box 930459
Wixom, MI 48393-0459


Joseph Mani
11 Jackson Avenue
Unit #30
Scarsdale, NY 10583


Maria Masciantonio
1442 Gary Terrace
West Chester, PA 19380

Michael McCloskey
26 Belmont Square
Doylestown, PA 18901


Meghan McCurry
4439 Mechanicsville Road
Doylestown, PA 18902


McGladrey & Pullen, LLP
One Valley Square, Suite 250
512 Township Line Road
Blue Bell, PA 19422


Medical Coaches, Inc.
399 County Highway 58
P.O. Box 129
Oneonta, NY 13820


Medrad
100 Global View Drive
Warrendale, PA 15086


MedStar Health
4969 Mercantile Road
Nottingham, MD 21236


MedStar-Georgetown Medical Center
4969 Mercantile Road
Nottingham, MD 21236


Michael G. Menkowitz, Esq.
Fox Rothschild LLP
2000 Market Street - Tenth Floor
Philadelphia, PA 19103-3291


Michael Goettig, Esq.
Vedder Price, P.C.
1633 Broadway
47th Floor
New York, NY 10019


Melissa Mikuska
738 Longfellow Street NW
Apt. 113
Washington, DC 20011

Millstat Security LLC
P.O. Box 145
Wayne, PA 19087


Montefiore Medical Center
Attn: Agnes Morelli
111 East 210th Street
Bronx, NY 10467-2490


National Union Fire Ins Co Pitt, PA
715 Water Street
New York, NY 10038


Rona Needle
87 Hickory Hill Road
Jackson, NJ 08527


New York State Dept. of Health
Bureau of Environmental Rad. Pro.
547 River Street, Room 530
Troy, NY 12180-2216


New York State Dept. of Taxation
& Finance
Bankruptcy Section
P.O. Box 5300
Albany, NY 12205


Norris, McLaughlin & Marcus
721 Route 202-206
P.O. Box 5933
Bridgewater, NJ 08807-5933


North Dover Open MRI, LLC
Attn: Bill McCue
1215 Route 70 West
Suite 103
Lakewood, NJ 08701


Nuclear 1 Acquisitions, LLC
101 Ellis Street
Staten Island, NY 10307

Office Basics, Inc.
22 Creek Circle
P.O. Box 2230
Marcus Hook, PA 19061-2230


Oncology Resource Consult. Inc
5125 MacArthur Blvd., NW
Suite #36
Washington, DC 20016


PADOR Office of Attorney General
Attn: Denise Kuhn
21 South 12th Street, 3rd Floor
Philadelphia, PA 19107


Parlee-Tatem Radiology
P.O. Box 517
Richlandtown, PA 18955


Peak Systems, Inc.
5 Great Valley Parkway, Suite 210
Malvern, PA 19355


Pennsylvania SCDU
P.O. Box 69112
Harrisburg, PA 17106-9112


Philips Medical Capital
P.O. Box 92449
Cleveland, OH 44193-0003


Philips Medical Systems, N.A.
22100 Bothell Everett Highway
P.O. Box 3027 98041-9802
Bothell, WA 98021-8431


Phoenixville Hospital Co. LLC
c/o Geis Realty Group
996 Old Eagle School Road, #1117
Wayne, PA 19087


Pitney Bowes, Inc.
2225 American Drive
Neenah, WI 54956-1005

Arthur Pizzuto
24 North Third Street
Cortlandt Manor, NY 10567


PKR Associates, P.C.
c/o North Dover Open MRI
1215 Route 70 West
Suite 1003
Lakewood, NJ 08701


Stephen Podrasky, Jr.
168 Jeffrey Lane
Northampton, PA 18067


Prince George's County, Maryland
Office of Finance
12741 Governor Oden Bowie Drive
Room 3200
Upper Marlboro, MD 20772


Pure Point
3901 B Main St.
Suite 302
Philadelphia, PA 19127


Radiology Department - CPUP
Radiology Dep - 1 Silverstein
3400 Spruce Street
Attn: Joseph J. Huff, Con.
Philadelphia, PA 19104


Donna Raymond
106 Spring Ridge Road
King of Prussia, PA 19406


Recycling Express Inc.
562 Lancaster Avenue, Unit 3
Frazer, PA 19355


River Corporate Advisors, LLC
111 West 57th Street, Suite 1102
New York, NY 10019


John Roberts, Jr.
238 Chapel Street
Canandaigua, NY 14424

Jacqueline Rosetti
235 Buchanan Avenue
Milmont Park, PA 19033


Rothstein, Kass & Co., P.C.
4 Becker Farm Road
Roseland, NJ 07068


Wendy Rowan
316 Augusta Drive
Selinsgrove, PA 17870


Ryan Todd Ventures
274 West Lancaster Avenue
Suite 100
Malvern, PA 19355


Sage Software, Inc.
P.O. Box 849887
Dallas, TX 75284


Siemens Medical Solutions USA
Attn: Lynne Bradley
51 Valley Stream Parkway
Suite K21
Malvern, PA 19355


Siemens Medical Solutions USA, Inc.
51 Valley Stream Parkway
Malvern, PA 19355


Mary Sigovich
109 Canter Drive
Downingtown, PA 19335


Arthur Soltsman
1280 E. 12th Street
Apt. 6F
Brooklyn, NY 11230


Sprint
Customer Service
P.O. Box 15955
Lenexa, KS 66285-5955

State Insurance Fund of New York
P.O. Box 4779
Syracuse, NY 13221-4779


David Steigerwalt
169 Roja Lane
Mertztown, PA 19539


Stericycle Inc.
P.O.Box 9001590
Louisville, KY 40290-1590


Strategic Products & Services
300 Littleton Road
P.O. Box 07054
Parsippany, NJ 07054


Kerry Streilein
850 April Hill Way
Harleysville, PA 19438


The Hartford
8711 University East Drive
Charlotte, NC 28213


The Hartford County, Maryland
Department of Treasury
220 South Main Street
Bel Air, MD 21014


The Hartford Priority Accounts
P.O. Box 8500-3690
Philadelphia, PA 19178


The Hartford-Priority Accounts
Group Benefits Division
P.O. Box 8500-3690
Philadelphia, PA 19176


The PA Hosp. of the Univ. of PA
c/o NAI Geiss Realty Group Inc.
996 Old Eagle School Road, Suite 117
Wayne, PA 19087

Thomas Miller Co., Inc.
3101 E. Walnut Street
Colmar, PA 18915


Timothy J. Feusner Pension Serv.
2952 Shirley Lane
P.O. Box 680
Springtown, PA 18081-0680


Town of Bel Air, Maryland
Office of Finance
39 Hickory Avenue
Bel Air, MD 21014


Town of Berwyn Heights, Maryland
Office of Finance
5700 Berwyn Road
Berwyn Heights, MD 20740


Trenk DiPasquale Webster
Della Fera & Sodono
347 Mt. Pleasant Avenue, Suite 300
West Orange, NJ 07052


Trista Hulsey
201 Ammon Avenue
Elizabethtown, PA 17022


Cynthia Truscello
896 Sackettsford Road
Ivyland, PA 18974


Tanya Turner
914 Hearthstone Lane
Sinking Spring, PA 19608


U.S. Bancorp BEFG
Attn: John Docken, SVP Legal
1310 Madrid Street, Suite 103
Marshall, MN 56258


U.S. Trustee
One Newark Center
Suite 2100
Newark, NJ 07102-5211

Unsecured Creditors Disbursing Agent
c/o Morris S. Bauer, Esq.
Norris, McLaughlin & Marcus
721 Route 202-206, P.O. Box 5933
Bridgewater, NJ 08807-5933


UPS
P.O. Box 650580
Dallas, TX 75265-0580


Verizon
P.O. Box 3037
Bloomington, IL 61702


Verizon
P.O. Box 31307
Salt Lake City, UT 84130


Verizon
P.O. Box 4003
Acworth, GA 30101


Verizon
500 Technology Drive
Ste 840
Weldon Springs, MO 63304


Verizon Business
P.O. Box 31307
Salt Lake City, UT 84130-1307


Verizon Business
500 Technology Drive
Suite 840
Weldon Springs, MO 63304


Verizon Wireless
P.O. Box 4003
Acworth, GA 30101


Verizon-PA
P.O. Box 3037
Bloomington, IL 61702

Gnaolia Walker
290 9th Avenue
Apt. 16A
New York, NY 10001


Lori Ann Weaver
501 Trimmer Drive
Lewisberry, PA 17339


Web MD
3055 Lebanon Pike
Suite 1000
Nashville, TN 37214


William J. Fiore, Esq.
Meyner and Landis LLP
One Gateway Center
Suite 2500
Newark, NJ 07102


Kenneth Wise
dba Wise Choice Cleaning Serv
304 Patrick Way
Royersford, PA 19468


Xerox Corporation
P.O. Box 660501
Dallas, TX 75266-0501


Zarin & Steinmetz
81 Main Street
Suite 415
White Plains, NY 10601

# United States Bankruptcy Court
### District of New Jersey

In re   **Integral Nuclear Associates, LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Integral Nuclear Associates, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February  3, 2011**

Date

**/s/ Ilana Volkov**

**Ilana Volkov IV-0659**

Signature of Attorney or Litigant

Counsel for   **Integral Nuclear Associates, LLC**

**Cole, Schotz, Meisel, Forman & Leonard, P.A.**
**Court Plaza North, 25 Main Street**
**P.O. Box 800**
**Hackensack, NJ 07602-0800**
**201-489-3000 Fax:201-489-1536**