**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Ilana Volkov, Esq.
Ryan T. Jareck, Esq.
Proposed Attorneys for Integral Nuclear
Associates, LLC, *et al.*, Debtors-in-Possession

|  |  |
|---|---|
| In re:<br><br>INTEGRAL NUCLEAR ASSOCIATES, LLC, *et al.*,<br><br>Debtors-in-Possession. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>CASE NO. 11-<br><br>Chapter 11<br>(Joint Administration Pending)<br><br>**NOTICE OF MOTION FOR AN ORDER DIRECTING THE JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES PURSUANT TO FED. R. BANKR. P. 1015(b) AND GRANTING OTHER RELATED RELIEF**<br><br>**HEARING DATE AND TIME:**<br>February ___, 2011, at ___: ___ ___.m.<br><br>**ORAL ARGUMENT REQUESTED** |

TO:   All Parties-in-Interest

   PLEASE TAKE NOTICE that pursuant to an Order Regarding Application For

Expedited Consideration of First Day Matters served herewith, on the ___ day of February,

2011, at ____ __.m., or as soon thereafter as counsel may be heard, the undersigned, proposed

attorneys for Integral Nuclear Associates, LLC, *et al.*, the within debtors and debtors-in-

44656/0001-7313591v1

possession (collectively, the "Debtors"),[1] shall move before the assigned United States Bankruptcy Judge, at the United States Bankruptcy Court, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Third Floor, Newark, New Jersey, 07102, for entry of an order directing the joint administration of the Debtors' Chapter 11 cases pursuant to Fed. R. Bankr. P. 1015(b) (the "Motion") .

PLEASE TAKE FURTHER NOTICE that in support of the Motion, the undersigned shall rely on the Affidavit of Ronald J. Lissak in support of "First Day Motions," and the accompanying Application, which collectively set forth the relevant factual and legal bases upon which the relief requested should be granted.  A proposed Order granting the relief requested in the Motion also is submitted herewith.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested in the Motion shall be presented in accordance with the Order Regarding Application for Expedited Consideration of First Day Matters.

PLEASE TAKE FURTHER NOTICE that unless objections are timely presented, the Motion shall be deemed uncontested in accordance with D.N.J. LBR 9013-1(a) and the relief requested may be granted without a hearing.

---

[1] In addition to Integral Nuclear Associates, LLC, the Debtors in these Chapter 11 cases are: Doylestown PET Associates, LLC, Imaging Technology Associates, LLC, Integral Mobile PET/CT, LLC, Integral PET Associates, LLC, Integral PET Holdings, LLC, Integral PET Holdings II, LLC, Limerick PET Associates LLC, Meadowbrook PET Associates, LLC, Mobile PET/CT Associates, LLC, Nuclear Management, Inc., and Pennsylvania PET Associates, LLC.

44656/0001-7313591v1

PLEASE TAKE FURTHER NOTICE that the undersigned requests oral argument on the return date of the Motion.

> COLE, SCHOTZ, MEISEL,
> FORMAN & LEONARD, P.A.
> Proposed Attorneys for Integral Nuclear
> Associates, LLC, *et al.*, Debtors-in-Possession
>
> By:   */s/ Ryan T. Jareck*
>       Ilana Volkov
>       Ryan T. Jareck

DATED: February 3, 2011