**PORZIO, BROMBERG & NEWMAN, P.C.**
100 Southgate Parkway
P.O. Box 1997
Morristown, New Jersey 07962
(973) 538-4006
(973) 538-5146 Facsimile
Attorneys Appearing:    Warren J. Martin Jr., Esq.
                        Terri Jane Freedman, Esq.
                        Mark J. Politan, Esq.

Attorneys for Integral Nuclear
Associates, LLC, *et al.*, Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br>INTEGRAL NUCLEAR ASSOCIATES, LLC, *et al.*,<br><br>Debtors-in-Possession. | Honorable Novalyn L. Winfield, U.S.B.J.<br>Lead Case No.: 11-13066 (NLW)<br>Chapter 11<br>(Jointly Administered)<br><br>**NOTICE OF WITHDRAWAL OF DEBTORS' MOTION FOR AN ORDER EXPUNGING, REDUCING AND/OR RECLASSIFYING CLAIMS OF THE DEPARTMENT OF THE STATE OF NEW JERSEY PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007, WITHOUT PREJUDICE** |

Integral Nuclear Associates, LLC, *et al.*, by and through their undersigned counsel, hereby voluntarily withdraw, without prejudice, the Motion for an Order Expunging, Reducing and/or Reclassifying Claims of the Department of the State of New Jersey [Claim No. 26] Pursuant to 11 U.S.C. § 502(B) and Fed. R. Bankr. P. 3007 [Docket No. 356], filed in the above-referenced matter, as that claim has since been amended [Claim No. 48, relating back to Claim No. 26].

DATED:    October 31, 2011        **PORZIO, BROMBERG & NEWMAN, P.C.**

                                  Attorneys for Integral Nuclear
                                  Associates, LLC, *et al.*, Debtors-in-Possession

                                      /s/ Matthew B. Heimann
                                      Matthew B. Heimann

1636923