Order Filed on
**11/29/2011**
by Clerk U.S. Bankruptcy
Court District of New Jersey

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP<br>Dennis J. O'Grady, Esq. (DO-7430)<br>J. Alex Kress, Esq. (JK-7189)<br>Headquarters Plaza, One Speedwell Avenue<br>Morristown, New Jersey  07962-1981<br>(973) 538-0800<br><br>Counsel for The Official Committee of Unsecured Creditors | |
| In re<br><br>INTEGRAL NUCLEAR ASSOCIATES, LLC, *et al.*,<br><br>Debtor. | Case Nos. 11-13066 (NLW)<br>(Jointly Administered)<br><br>Chapter 11<br><br>The Hon. Novalyn L. Winfield, U.S.B.J. |

ORDER (i) APPROVING FINAL FEE APPLICATIONS OF CERTAIN RETAINED PROFESSIONALS AND (ii) ADJOURNING HEARING ON FINAL FEE APPLICATION OF THE KURZER GROUP LLC

The relief set forth in paragraphs 1 through 8 and on Exhibit "A" hereto on the following pages, numbered three (3) through five (5), is hereby **ORDERED**.

**DATED: 11/29/2011**

_____
Honorable Novalyn L. Winfield
United States Bankruptcy Judge

| | |
|---|---|
| Debtors: | In re Integral Nuclear Associates, LLC, et al. |
| Case Nos. | 11-13066 (NLW)(Jointly Administered) |
| Caption: | ORDER (i) APPROVING FINAL FEE APPLICATIONS OF CERTAIN RETAINED PROFESSIONALS AND (ii) ADJOURNING HEARING ON FINAL FEE APPLICATION OF THE KURZER GROUP LLC |
| Page: | 2 of 5 |

---

This matter having been opened to the Court upon the First and Final Applications (collectively, the "Applications") of (i) Porzio Bromberg & Newman, P.C., ("Porzio") as counsel to Integral Nuclear Associates, LLC, *et al.* (the "Debtors"), (ii) Donoghue, Barrett & Singal, P.C. ("Donoghue") as special counsel for the Debtors, (iii) The Kurzer Group, LLC ("Kurzer") as accountants to the Debtors, (iv) EisnerAmper LLP ("Eisner") as financial advisors to the Official Committee of Unsecured Creditors of the Debtors (the "Committee"), and (v) Riker, Danzig, Scherer, Hyland & Perretti, LLP ("Riker") as counsel to the Committee (collectively, the "Retained Professionals"), seeking allowance of compensation for services rendered and reimbursement of actual expenses incurred between February 3, 2011 and September 30, 2011 (the "Compensation Period"); and the Court having considered the Applications and there having been no objections to any of the Applications other than the Application of Kurzer; and it appearing that, on July 20, 2011, the Court entered an Order Confirming Plan [Dkt. No. 337] (the "Confirmation Order"), which approved and confirmed the Debtors' Plan of Reorganization under Chapter 11 of the Bankruptcy Code [Dkt. No. 289-2] (the "Plan"); and the Court finding that (i) it has jurisdiction over the matters raised in the Applications pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (iii) adequate notice of the Applications and the hearing thereon has been given and that no other or further notice

2

| | |
|---|---|
| Debtors: | In re Integral Nuclear Associates, LLC, et al. |
| Case Nos. | 11-13066 (NLW)(Jointly Administered) |
| Caption: | ORDER (i) APPROVING FINAL FEE APPLICATIONS OF CERTAIN RETAINED PROFESSIONALS AND (ii) ADJOURNING HEARING ON FINAL FEE APPLICATION OF THE KURZER GROUP LLC |
| Page: | 3 of 5 |

is necessary; and (iv) upon the record herein, after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein,

**IT IS HEREBY ORDERED that:**

1. Except for the Application of Kurzer, which is hereby ADJOURNED to December 13, 2011, at 2:00 p.m., the Applications, as modified herein be, and hereby are, GRANTED.

2. Other than Kurzer, each of the Retained Professionals be, and hereby are, GRANTED and ALLOWED a Professional Compensation and Reimbursement Claims (as defined in the Plan) in the amount set forth in Exhibit A to this Order.

3. Any Retained Professional holding a retainer from the Debtors be, and hereby is, AUTHORIZED and DIRECTED to apply such retainer against the Retained Professionals' Allowed Professional Compensation and Reimbursement Claim as reflected in Exhibit A to this Order.

4. All amounts paid to any Retained Professionals pursuant to the Administrative Order Establishing Procedures for Allowance of Interim Compensation and Reimbursement of Expenses to Professionals [Dkt. No. 94] (the "Administrative Fee Order") be, and hereby are, APPROVED, CONFIRMED and AUTHORIZED and such Retained Professionals be, and hereby are, AUTHORIZED and DIRECTED to

3

| | |
|---|---|
| Debtors: | In re Integral Nuclear Associates, LLC, et al. |
| Case Nos. | 11-13066 (NLW)(Jointly Administered) |
| Caption: | ORDER (i) APPROVING FINAL FEE APPLICATIONS OF CERTAIN RETAINED PROFESSIONALS AND (ii) ADJOURNING HEARING ON FINAL FEE APPLICATION OF THE KURZER GROUP LLC |
| Page: | 4 of 5 |

---

credit such amounts against the Retained Professionals' Allowed Professional Compensation and Reimbursement Claim as reflected in Exhibit A to this Order.

5. The Disbursing Agent be, and hereby is, AUTHORIZED and DIRECTED to pay the remainder of the amounts allowed herein as reflected in Exhibit A to this Order to the Retained Professionals.

6. To the extent the amount already paid to any of the Retained Professionals pursuant to the Administrative Fee Order, plus any retainer held by such Retained Professional exceeds the amount of such Retained Professional's Allowed Professional Compensation and Reimbursement Claim as reflected in Exhibit A to this Order such Retained Professional be, and hereby is, DIRECTED to remit the excess to the Disbursing Agent (as defined in the Plan).

7. The Reorganized Debtors be, and hereby are, AUTHORIZED and DIRECTED to pay to the Disbursing Agent a total of $63,815 representing the unpaid portion of the Committed Cash Collateral (as defined in the Plan) which was budgeted in the Final Order Authorizing the Debtors Use of Cash collateral Pursuant to 11 U.S.C. § 363(c)(2) and Fed. R. Bankr. P. 4001 [Dkt. No. 316] (the "Final Cash Collateral Order").

8. Counsel to the Debtors shall serve a copy of this Order on all interested parties within _____ (    ) days of its receipt of an entered copy hereof.

*Approved by Judge Novalyn L. Winfield November 29, 2011*

EXHIBIT A to ORDER (i) APPROVING FINAL FEE APPLICATIONS OF CERTAIN RETAINED PROFESSIONALS AND (ii) ADJOURNING HEARING ON FINAL FEE APPLICATION OF THE KURZER GROUP LLC
Page 5 of 5

| Professional | Compensation Requested | Reimburse-ment Requested | Total Requested | Allowed Amount (¶ 2) | Retainer Held (¶ 3) | Amount Received to Date (¶ 4) | Amount to be Paid from/to the Plan Fund (¶¶ 5 & 6) |
|---|---|---|---|---|---|---|---|
| Porzio | $489,629.50 | $13,841.56 | $503,471.06 | $442,267.37 | $100,000.00 | $238,242.91 | $104,024.46 |
| Donoghue | $32,962.00 | $43.58 | $33,005.58 | $33,005.58 | $25,000.00 | $22,942.02 | ($14,936.44)[1] |
| Eisner | $79,151.50 | $296.33 | $79,447.83 | $69,553.89 | | | $69,553.89 |
| Riker | $502,989.50 | $15,778.87 | $518,768.37 | $455,894.68 | | $150,000.00 | $305,894.68 |
| Kurzer | $105,817.0 | | $105,817.00 | Adjourned to December 13, 2011, at 2:00 p.m. | | | |

4184218.4

---

[1] This amount to be repaid by Donoghue to the Disbursing Agent pursuant to ¶ 6 of this Order.

*Approved by Judge Novalyn L. Winfield November 29, 2011*