Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 11−13066−NLW
Chapter: 11
Judge: Novalyn L. Winfield

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Integral Nuclear Associates, LLC
   43 Leopard Road
   Paoli Executive Green II
   Suite 200
   Paoli, PA 19301

Social Security No.:

Employer's Tax I.D. No.:
   13−4162225

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on November 29, 2011, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 406 − 386, 387, 388, 389
Order Granting Application For Compensation for Donoghue Barrett & Singal, PC, fees awarded: $32,962.00, expenses awarded: $43.58 (Related Doc # 386), Granting Application For Compensation for Porzio, Bromberg & Newman, PC, fees awarded: $428,425.81, expenses awarded: $13,841.56 (Related Doc # 387), Granting Application For Compensation for Riker Danzig Scherer Hyland & Perretti LLP, fees awarded: $440,115.81, expenses awarded: $15,778.87 (Related Doc # 388), Granting Application For Compensation for EisnerAmper, LLP, fees awarded: $69,257.56, expenses awarded: $296.33 (Related Doc # 389), and Adjourning Application for Compensation for Kurzer, Accountant, to December 13, 2011 at 2:00 pm (Relateed Doc # 395). The following parties were served: Debtor, Debtor's Attorney, Committee's Attorney, EisnerAmper, and US Trustee. Signed on 11/29/2011. (rah)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 29, 2011
JJW: rah

James J. Waldron
Clerk