RICHARD M. BECK, ESQUIRE (RB-8242)
MARC H. STOFMAN, ESQUIRE (MS-9065)
KLEHR HARRISON HARVEY BRANZBURG LLP
(A Pennsylvania Limited Liability Partnership)
457 HADDONFIELD ROAD, SUITE 510
CHERRY HILL, NJ 08002
(856) 486-7900 (Phone)
(856) 486-4875 (Fax)
Attorneys for Lyon Financial Services d/b/a U.S. Bank Portfolio Services, as Successor Servicer and Agent for U.S. Bank National Association as Trustee

| | |
|---|---|
| IN RE: | : UNITED STATES BANKRUPTCY COURT |
| | : FOR THE DISTRICT OF NEW JERSEY |
| INTEGRAL NUCLEAR ASSOCIATES, LLC, et al. | : |
| | : Chapter 11 |
| | : Case No. 11-13066 (NWL) |
| | : (Jointly Administered) |
| Debtors | : Judge: Novalyn L. Winfield |
| | : Hearing Date: 12/13/2011 @ 2:00 pm |
| | : |

## NOTICE OF WITHDRAWAL OF OBJECTION OF LYON FINANCIAL SERVICES D/B/A U.S. BANK PORTFOLIO SERVICES, AS SUCCESSOR SERVICER AND AGENT FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, TO THE FIRST AND FINAL FEE APPLICATION OF THE KURZER GROUP

Lyon Financial Services d/b/a U.S. Bank Portfolio Services, as Successor Servicer and Agent for U.S. Bank National Association, as Trustee, by its undersigned counsel, hereby withdraws its Objection to the First and Final Fee Application of the Kurzer Group and consents to entry of the order approving the fees and costs with a discount of 12.5% of the fees submitted to the Court by the Debtor's counsel.

Dated: December 13, 2011                     Respectfully submitted,

                                             /s/ Richard M. Beck
                                             Richard M. Beck (RB-8242)
                                             Marc H. Stofman (MS-9065)